Submitted on records and briefs June 30, affirmed July 18, reconsideration denied August 24, 1977, petition for review pending

STATE OF OREGON, *Respondent,*

*v.*

HENRY JAMES ELISÁLDA, *Appellant.*

(No. 111674, CA 7872)

566 P2d 210

Submitted on record and briefs June 30, 1977.

Del Parks, and Parks & Ratliff, Klamath Falls, filed the brief for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and John W. Burgess, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Richardson, Judges.

PER CURIAM.

Affirmed. *Brown v. Multnomah County Dist. Ct.,* 29 Or App 917, 566 P2d 522 (1977); *State v. Kaser,* 15 Or App 411, 515 P2d 1330 (1973); *State v. McKay,* 15 Or App 180, 515 P2d 183 (1973), Sup Ct *review denied* (1974).